```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03644
    PRESENTACION M CUYA
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0878

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/05/2006 and was confirmed 05/31/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 01/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
DAIMLER CHRYSLER           SECURED              .00          .00            .00
CAPITAL ONE                UNSECURED        2806.28          .00         220.36
CAPITAL ONE                UNSECURED         451.87          .00          35.48
CAPITAL ONE                UNSECURED         450.39          .00          35.36
RESURGENT CAPITAL SERVIC   UNSECURED        3349.30          .00         277.46
FINGERHUT CORP             UNSECURED        1361.25          .00          96.88
CORUS BANK                 UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED         350.07          .00          16.33
GE MONEY BANK              UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED         739.09          .00          46.44
SMC                        UNSECURED        1344.36          .00          95.68
KOHL'S DEPARTMENT STORE    UNSECURED        1637.88          .00         116.57
MARSHALL FIELDS            UNSECURED         827.39          .00          51.99
ECAST SETTLEMENT CORP      UNSECURED        3970.42          .00         311.76
NATIONAL CITY BANK         UNSECURED       NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED         .00            .00
UNIVERSITY NEUROLGISTS     UNSECURED        1481.70          .00         105.46
SWEDISH COVENANT HOSPITA   UNSECURED       NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED         628.58          .00          44.73
THE DIAMOND CENTER         SECURED NOT I   1619.70           .00            .00
DAIMLERCHRYSLER FINANCIA   UNSECURED             .00         .00            .00
UNIVERSITY NEUROLGISTS     UNSECURED             .00         .00            .00
DAVID M SIEGEL             DEBTOR ATTY     2,539.00                     537.62
TOM VAUGHN                 TRUSTEE                                      124.68
DEBTOR REFUND              REFUND                                       258.08

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  2,374.88
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 03644 PRESENTACION M CUYA

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        1,454.50
ADMINISTRATIVE                                                     537.62
TRUSTEE COMPENSATION                                               124.68
DEBTOR REFUND                                                      258.08
                                    ---------------     ---------------
TOTALS                                     2,374.88            2,374.88
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 04/23/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```